JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PEREZ, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> HERMETIC SEAL CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:16-cv-05211-BRO-FFMx <br><br> Hon. Beverly Reid O'Connell <br> Courtroom 8A <br><br> **ORDER TO DISMISS CASE WITH PREJUDICE** <br><br> Complaint Filed: June 3, 2016 <br> Trial Date: July 25, 2017 |

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on May 16, 2017, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

DATED: May 19, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge